CLOSED,OutofDMA

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:23−cv−10309−WGY

Rubridge v. Carnival Corporation  
Assigned to: Judge William G. Young  
Demand: $5,000,000  
Cause: 28:1332 Diversity−(Citizenship)  

Date Filed: 02/09/2023  
Date Terminated: 06/08/2023  
Jury Demand: Plaintiff  
Nature of Suit: 380 Personal Property: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Daniel Rubridge**  
*individually and on behalf of all others similarly situated*

represented by **Brian C Gudmundson**  
Zimmerman Reed, LLP  
1100 IDS Center  
80 South 8th St  
Minneapolis, MN 55402  
612−341−0400  
Email: brian.gudmundson@zimmreed.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Carey Alexander**  
Scott & Scott, Attorneys at Law, LLP  
230 Park Avenue  
Ste 17th Floor  
New York, NY 10169  
212−223−6444  
Email: calexander@scott−scott.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**  
Scott Scott LLP  
156 South Main Street  
P.O. Box 192  
Colchester, CT 06415  
860−537−5537  
Fax: 860−537−4432  
Email: ecomite@scott−scott.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ethan Samuel Binder**  
Scott & Scott, LLP  
The Helmsley Building  
230 Park Avenue, 17th Floor  
New York, NY 10169  
646−650−3007  
Fax: 212−233−6334

Email: ebinder@scott−scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Laird**
Zimmerman Reed, LLP
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
920−915−3328
Email: michael.laird@zimmreed.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Kristine Tack**
Zimmerman Reed, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612−341−0400
Email: rachel.tack@zimmreed.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anja Rusi**
Scott & Scott LLP
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
860−531−2608
Email: arusi@scott−scott.com
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott & Scott, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212−223−6444
Fax: 212−223−6334
Email: jguglielmo@scott−scott.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Carnival Corporation**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2023 | 1 | COMPLAINT against Carnival Corporation Filing fee: $ 402, receipt number AMADC–9712218 (Fee Status: Filing Fee paid), filed by Daniel Rubridge. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Guglielmo, Joseph) (Entered: 02/09/2023) |
| 02/09/2023 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (Finn, Mary) (Entered: 02/09/2023) |
| 02/10/2023 | 3 | Summons Issued as to Carnival Corporation. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (McManus, Caetlin) (Entered: 02/10/2023) |
| 02/22/2023 | 4 | WAIVER OF SERVICE Returned Executed by Daniel Rubridge. Carnival Corporation waiver sent on 2/15/2023, answer due 4/17/2023. (Guglielmo, Joseph) (Entered: 02/22/2023) |
| 02/28/2023 | 5 | MOTION for Leave to Appear Pro Hac Vice for admission of Carey Alexander Filing fee: $ 125, receipt number AMADC–9738274 by Daniel Rubridge. (Attachments: # 1 Declaration of Carey Alexander, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 02/28/2023) |
| 02/28/2023 | 6 | MOTION for Leave to Appear Pro Hac Vice for admission of Ethan S. Binder Filing fee: $ 125, receipt number AMADC–9738286 by Daniel Rubridge. (Attachments: # 1 Declaration of Ethan S. Binder, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 02/28/2023) |
| 02/28/2023 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Brian C. Gudmundson Filing fee: $ 125, receipt number AMADC–9738561 by Daniel Rubridge. (Attachments: # 1 Declaration of Brian C. Gudmundson, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 02/28/2023) |
| 02/28/2023 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Michael J. Laird Filing fee: $ 125, receipt number AMADC–9738579 by Daniel Rubridge. (Attachments: # 1 Declaration of Michael J. Laird, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 02/28/2023) |
| 02/28/2023 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Rachel K. Tack Filing fee: $ 125, receipt number AMADC–9738587 by Daniel Rubridge. (Attachments: # 1 Declaration of Rachel K. Tack, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 02/28/2023) |
| 03/01/2023 | 10 | Judge William G. Young: ELECTRONIC ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice Added Carey Alexander.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account.<br><br>(Paine, Matthew) (Entered: 03/01/2023) |
| 03/01/2023 | 11 | Judge William G. Young: ELECTRONIC ORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice Added Ethan S. Binder.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account. |

| | | |
|---|---|---|
| | | (Paine, Matthew) (Entered: 03/01/2023) |
| 03/01/2023 | 12 | Judge William G. Young: ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Brian C. Gudmundson.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(Paine, Matthew) (Entered: 03/01/2023) |
| 03/01/2023 | 13 | Judge William G. Young: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Michael J. Laird.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(Paine, Matthew) (Entered: 03/01/2023) |
| 03/01/2023 | 14 | Judge William G. Young: ELECTRONIC ORDER entered granting 9 Motion for Leave to Appear Pro Hac Vice Added Rachel K. Tack.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(Paine, Matthew) (Entered: 03/01/2023) |
| 03/01/2023 | 15 | NOTICE of Appearance by Carey Alexander on behalf of Daniel Rubridge (Alexander, Carey) (Entered: 03/01/2023) |
| 03/01/2023 | 16 | NOTICE of Appearance by Ethan Samuel Binder on behalf of Daniel Rubridge (Binder, Ethan) (Entered: 03/01/2023) |
| 03/02/2023 | 17 | NOTICE of Appearance by Brian C Gudmundson on behalf of Daniel Rubridge (Gudmundson, Brian) (Entered: 03/02/2023) |
| 03/02/2023 | 18 | NOTICE of Appearance by Michael J Laird on behalf of Daniel Rubridge (Laird, Michael) (Entered: 03/02/2023) |
| 03/02/2023 | 19 | NOTICE of Appearance by Rachel Kristine Tack on behalf of Daniel Rubridge (Tack, Rachel) (Entered: 03/02/2023) |
| 03/29/2023 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Anja Rusi Filing fee: $ 125, receipt number AMADC−9782254 by Daniel Rubridge. (Attachments: # 1 Declaration of Anja Rusi, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 03/29/2023) |
| 03/30/2023 | 21 | Judge William G. Young: ELECTRONIC ORDER entered granting 20 Motion for Leave to Appear Pro Hac Vice Added Anja Rusi. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Paine, Matthew) (Entered: 03/30/2023) |
| 04/11/2023 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Erin Green Comite Filing fee: $ 125, receipt number AMADC–9803060 by Daniel Rubridge. (Attachments: # 1 Declaration of Erin Green Comite, # 2 Proposed Order)(Guglielmo, Joseph) (Entered: 04/11/2023) |
| 04/12/2023 | 23 | Judge William G. Young: ELECTRONIC ORDER entered granting 22 Motion for Leave to Appear Pro Hac Vice Added Erin Green Comite.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account.<br><br>(Paine, Matthew) (Entered: 04/12/2023) |
| 04/12/2023 | 24 | NOTICE of Appearance by Erin Green Comite on behalf of Daniel Rubridge (Comite, Erin) (Entered: 04/12/2023) |
| 04/13/2023 | 25 | Joint MOTION for Extension of Time to May 8, 2023 to Respond and to Modify Briefing Schedule by Daniel Rubridge.(Guglielmo, Joseph) (Entered: 04/13/2023) |
| 04/26/2023 | 26 | NOTICE of Appearance by Anja Rusi on behalf of Daniel Rubridge (Rusi, Anja) (Entered: 04/26/2023) |
| 05/08/2023 | 27 | STIPULATION *AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND* by Carnival Corporation. (Simons, Caroline) (Entered: 05/08/2023) |
| 05/31/2023 | 28 | STIPULATION *AND [PROPOSED] ORDER TO TRANSFER CASE* by Carnival Corporation. (Simons, Caroline) (Entered: 05/31/2023) |
| 06/08/2023 | 29 | Judge William G. Young: ORDER entered. STIPULATION AND ORDER TO TRANSFER CASE(Paine, Matthew) (Entered: 06/08/2023) |
| 06/08/2023 | 30 | Case transferred to the District of California (Southern). Case File Electronically Sent to the Clerk in that District on June 8, 2023. (Paine, Matthew) (Entered: 06/08/2023) |