ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
JACOB HEATH (STATE BAR NO. 238959)
jheath@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

Attorneys for Defendant
CARNIVAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CARNIVAL CORPORATION, <br><br> Defendant. | Case No. 3:23-cv-001072-AJB-JLB <br><br> **NOTICE OF RELATED CASE** <br><br> Judge:  Anthony J. Battaglia |

Pursuant to Local Civil Rule 40.1, Defendant Carnival Corporation ("Carnival") hereby gives notice that this case is related to the following case pending before Judge Gonzalo P. Curiel in this District: *Price v. Carnival Corp.*, Case No. 23-cv-00236. The *Price* matter is the lower-numbered case, so pursuant to Local Civil Rule 40.1(i), Carnival respectfully requests that this case be transferred to Judge Curiel and related to the *Price* matter.

The *Price* matter and this matter are related because they both involve allegations that the use of session replay on Carnival's website violates state wiretapping prohibitions. Plaintiffs in both cases seek to represent a class of individuals whose information was allegedly collected via the session replay software. Moreover, there are three other related actions, which are currently consolidated with *Price* and pending before Judge Curiel. They are: *Mikulsky v. Carnival Corp.*, Case No. 23-cv-00404 (S.D. Cal.); *Hernandez v. Carnival Corp.*, Case No. 3:23-cv-1034 (S.D. Cal.); and *Oliver v. Carnival Corp.*, Case No. 3:23-cv-1036 (S.D. Cal.). The parties to all cases have agreed to seek consolidation of *Price* and the other four other actions, including this one, which all assert similar claims on behalf of residents of different states under those states' equivalent laws. Prior to the transfer of the above-captioned case from the District of Massachusetts being completed, the parties in the other four actions filed a joint motion to consolidate. On June 12, 2023, the Court granted that joint motion.

Thus, should the above-captioned action be transferred to Judge Curiel, the parties will immediately, and jointly, seek to have it consolidated with the other four cases in the docket *Price v. Carnival Corp.*, Case No. 23-cv-00236.

Dated: June 12, 2023

By:   */s/ Jacob Heath*
Jacob Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Carnival Corporation
Email: jheath@orrick.com