# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Rubridge individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Carnival Corporation<br><br>**Defendant.** | **Case No.** 23-cv-01072-AJB-JLB<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:      "Low-Numbered Case No.:      23-cv-00236-GPC-MSB

Title:      Price v. Carnival Corporation

Nature of Case:      370 Other Fraud

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:      23-cv-01072-GPC-MSB**

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:      6/13/23          By:  s/ A. Hazard

A. Hazard, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:      6/13/2023

Gonzalo P. Curiel
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Gonzalo P. Curiel and Magistrate Judge Michael S. Berg for all further proceedings.

Dated:      6-13-23

Anthony J. Battaglia
United States District Judge