1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | Case No.:  3:23-cv-00236-GPC-MSB<br>Case No.:  3:23-cv-01072-GPC-MSB<br><br>**ORDER CONSOLIDATING CASES** |
| DANIEL RUBRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | |

Federal Rule of Civil Procedure ("Rule") 42(a) states that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). A district court

1

1  has broad discretion in determining whether or not to consolidate actions. *See Southwest*

2  *Marine, Inc. v. Triple A Mach. Shop, Inc.*, 720 F. Supp. 805, 806-07 (N.D. Cal. 1989).

3  　　　The Court previously consolidated four related actions, and designated *India Price*

4  *v. Carnival Corporation*, Case No. 3:23-cv-00236 as the lead case. For the same reasons,

5  the Court finds this case also suitable for consolidation.

6  　　　Accordingly, the Court **HEREBY CONSOLIDATES** the two above-captioned

7  cases. The Court **DESIGNATES** *Price v. Carnival Corporation*, Case No. 3:23-cv-

8  00236-GPC-MSB, as the lead case. **All subsequent filings shall occur only in the lead**

9  **case**.

10  　　　As in the previous consolidation order, the Court **FURTHER ORDERS** that

11  Plaintiffs shall file a consolidated complaint on or before **August 7, 2023**. Defendant

12  shall have until **September 6, 2023** to respond to the consolidated complaint.

13  　　　**IT IS SO ORDERED.**

14  Dated:  June 15, 2023

15  　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel

16  　　　　　　　　　　　　　　　　　　United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

3:23-cv-00236-GPC-MSB
Case No.:  3:23-cv-01072-GPC-MSB